# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **In re:**<br><br>**JEFFREY J. PROSSER,**<br><br>      **DEBTOR.** | CIVIL NO. _____/08<br><br>Case No. 06-30009 (JKF)<br>Chapter 7 |
| **In re:**<br><br>**INNOVATIVE COMMUNICATION CORPORATION,**<br><br>      **DEBTOR.** | Case No. 07-30012 (JKF)<br>Chapter 11 |
| **STAN SPRINGEL, ET AL.**<br><br>      **PLAINTIFFS,**<br><br>**V.**<br><br>**JEFFREY J. PROSSER, ET AL.**<br><br>      **DEFENDANTS.** | Adv. Proc. No. 07-03010<br>Related to Docket No. 71 |
| **STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATES OF INNOVATIVE COMMUNICATION CORPORATION, EMERGING COMMUNICATIONS, INC., AND INNOVATIVE COMMUNICATION COMPANY, LLC,**<br><br>      **PLAINTIFF,**<br><br>**V.**<br><br>**DAWN PROSSER,**<br><br>      **DEFENDANT.** | Adv. Proc. No. 08-03003<br>Related to Docket No. 1 |

| | |
|---|---|
| **STAN SPRINGEL, CHAPTER 11 TRUSTEE OF THE BANKRUPTCY ESTATES OF INNOVATIVE COMMUNICATION CORPORATION, EMERGING COMMUNICATIONS, INC., AND INNOVATIVE COMMUNICATION COMPANY, LLC,**<br><br>    **PLAINTIFF,**<br><br>V.<br><br>**LYNDON ADRIAN PROSSER, MICHELLE LABENNETT PROSSER, SYBIL G. PROSSER, AND JOHN JUSTIN PROSSER,**<br><br>    **DEFENDANTS.** | **Adv. Proc. No. 08-03004**<br>**Related to Docket No. 1** |
| **JAMES P. CARROLL, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF JEFFREY J. PROSSER,**<br><br>    **PLAINTIFF,**<br><br>V.<br><br>**DAWN PROSSER,**<br><br>    **DEFENDANT.** | **Adv. Proc. No. 08-03006**<br>**Related to Docket No. 1**<br><br>**RESPONSE DATE 11/13/08** |

## MOTION TO WITHDRAW REFERENCE OF CONSOLIDATED ADVERSARIES

**COMES NOW, DAWN PROSSER,** by and through the **LAW OFFICES OF KARIN A. BENTZ, P.C.** and hereby Moves to Withdraw the Reference of the above captioned consolidated adversaries 07-3010, 08-3003, 08-3004, and 08-3006. Trial is set to commence the week of **November 17, 2008**, and to continue during the weeks of December 8, 2008 and January 5, 2008. As more fully articulated in the accompanying memorandum of law, Dawn Prosser moves to withdraw the reference because she is entitled to a trial by jury and the

bankruptcy division lacks the statutory authority and Constitutional competency to hear the matter absent Dawn Prosser's consent.

Respectfully submitted,

**LAW OFFICES OF KARIN A. BENTZ, P.C**

Dated: November 3, 2008      /s/ Christopher Allen Kroblin
Karin A. Bentz, Esq.
Christopher Allen Kroblin, Esq.
18 Dronningens Gade, Suite 8
St. Thomas, Virgin Islands 00802
Telephone: 340-774-2669
Telecopier: 340-774-2665
E-mail: legalstaff@virginlaw.com

## Certificate of Service

I hereby certify that on <u>November 3, 2008</u>, I caused the filing and service of the foregoing with the Clerk of the Bankruptcy Division of the District Court of the Virgin Islands using the CM/ECF system, which will provide electronic notice by e-mail to the following attorneys of record in this matter:

Daniel C. Stewart
dstewart@velaw.com

| | |
|---|---|
| Andrew Kamensky<br>akamensly@hunton.com | Leigh Goldman<br>lgolgman@goldmanlaw-vi.com |
| Daniel C. Stewart<br>dstewart@velaw.com | |
| James Jay Lee<br>jimlee@velaw.com | Bernard C. Pattie<br>boinie@compsurve.com |
| Micheala Christine Crocker<br>mcrocker@velaw.com | Jeffrey K. Cymbler<br>jcymbler@gazesllc.com |
| Robert F. Craig<br>robert@craiglaw.org | |
| Fred Stevens<br>fstevens@foxrothschild.com | |
| Yann Geron<br>ygeron@foxrothschild.com | |

                                              /s/ Chris Kroblin    .