IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

STAN SPRINGEL                          :          CIVIL ACTION
                                       :
        v.                             :          No. 08-146
                                       :
DAWN PROSSER                           :

RECEIVED
2012 JUN 12  AM 11:32
CLERK OF THE
DISTRICT COURT
ST. THOMAS, V.I.

## ORDER AND JUDGMENT

AND NOW, this 12th day of June, 2012, it is ORDERED:

- The August 2, 2011, Judgment entered in favor of Defendant Dawn Prosser and against Plaintiff Trustee Stan Springel (Document 101) is VACATED;

- Prosser's Motion for Judgment on the Jury Verdict (Document 89) is DENIED;

- Trustee Springel's Motion for New Trial on Counts 1, 2, and 5 of the Complaint (Document 91) is GRANTED;

- A teleconference will take place on July 9, 2012, at 2:30 p.m. concerning the scheduling of the new trial on Counts 1, 2, and 5 of the Complaint.  Counsel for Trustee Springel shall initiate the call;

- The evidence in the record of the trial having conclusively established that the jury should have found in favor of Trustee Springel on Count 6 of the Complaint regarding post-petition transfers in the amount of $213,606.37, Trustee Springel's Renewed Motion for Judgment as a Matter of Law as to Count 6 of the Complaint (Document 90) is GRANTED; and

- Judgment is entered in favor of Trustee Springel and against Dawn Prosser on Count 6 of the Complaint in the amount of $213,606.37.

BY THE COURT:

Juan R. Sánchez, J.

RECEIVED

2012 JUN 12  AM 11: 32

CLERK OF THE
DISTRICT COURT
ST. THOMAS, V.I.